June 5, 2020

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

> RE: Plaintiff's letter motion to serve the summons and complaint by email in *State of New York v. U.S. Dep't of Educ., et al.*, No. 1:20-cv-04260-JGK.

Dear Judge Koeltl:

Under Section I.A. of this Court's Individual Practices, Plaintiff the State of New York files this letter motion to seek leave to serve the summons and complaint in the above-referenced case on Defendants by email.

Plaintiff filed the complaint on June 4, 2020. ECF No. 1. Rule 4(i) of the Federal Rules of Civil Procedure requires Plaintiff to serve a copy of the summons and complaint by registered or certified mail to the Attorney General, the United States Attorney for the Southern District of New York, the U.S. Department of Education, and Secretary of Education Elisabeth DeVos. *See* Fed. R. Civ. P. 4(i)(1), 4(i)(2). The waiver-of-service provisions in Rule 4 do not apply to service on a federal government defendant. Fed. R. Civ. P. 4(d). In light of the present stay-at-home order issued by Governor Cuomo, as well as operative guidance on social distancing by the Centers for Disease Control and Prevention, Plaintiff asks the Court to grant leave to treat service of the summons and complaint by email as effective service on Defendants for purposes of complying with Rule 4(i).

Pursuant to Rule 4(l), the undersigned affirms that, on June 5, 2020, Plaintiff's attorney, Matthew Colangelo, transmitted the complaint, civil cover sheet, and executed summonses by email to Defendants' counsel.

Plaintiff conferred with Defendants' counsel before filing this motion, and Defendants advised that they consent to service by email.

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

Matthew Colangelo
　*Chief Counsel for Federal Initiatives*

Elena Goldstein
　*Deputy Chief, Civil Rights Bureau*

By: /s/ Joseph Wardenski
Joseph Wardenski, *Senior Trial Counsel*
Morenike Fajana, *Special Counsel*
Lindsay McKenzie, *Assistant Attorney General*
Amanda Meyer, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8441
Fax: (212) 416-6007
Joseph.Wardenski@ag.ny.gov

*Attorneys for Plaintiff*

**cc (by email):**

Jeffrey Oestericher
Chief, Civil Division
U.S. Attorney's Office, Southern District of New York
Jeffrey.Oestericher@usdoj.gov

*Attorney for Defendants*