UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and ELISABETH DEVOS, *in her official capacity as the Secretary of Education*,<br><br>　　　　　　Defendants. | Civil Action No. 1:20-cv-4260-JGK |

# DECLARATION OF SERVICE

I hereby declare that, in accordance with Rule 4 of the Federal Rules of Civil Procedure and this Court's June 8, 2020 Order [ECF No. 11], I caused a copy of the Complaint and Summonses in this action to be served on Defendants United States Department of Education and Secretary Elisabeth DeVos, on June 5, 2020, by email to the following person:

　　Jeffrey Oestericher
　　Chief, Civil Division
　　U.S. Attorney's Office, Southern District of New York
　　86 Chambers Street, 3rd Floor
　　New York, NY 10007
　　Jeffrey.Oestericher@usdoj.gov

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

　DATED:　February 12, 2020

　　　　　　　　　　　　　　　　　　By: */s/ Matthew Colangelo*
　　　　　　　　　　　　　　　　　　Matthew Colangelo
　　　　　　　　　　　　　　　　　　Office of the New York State Attorney General
　　　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　　　New York, NY 10005

Phone: (212) 416-6057
matthew.colangelo@ag.ny.gov