UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK and THE BOARD OF EDUCATION FOR THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and ELISABETH DEVOS, *in her official capacity as the Secretary of Education*,<br><br>　　　　　　　　Defendants. | No. 1:20-cv-04260-JGK |

**PLAINTIFFS' NOTICE OF MOTION**
**(Fed. R. Civ. P. 65 and 5 U.S.C. § 705)**

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 65, Plaintiffs the State of New York and the Board of Education for the City School District of the City of New York respectfully move the Court for a preliminary injunction to enjoin Defendants from implementing, applying, or taking any action under the Final Rule, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 85 Fed. Reg. 30,026 (May 19, 2020), to preserve the status quo until this case is decided on the merits and final judgment is entered.

Alternatively, under 5 U.S.C. § 705, Plaintiffs move for a stay postponing the effective date of the Final Rule until this case is decided on the merits and final judgment is entered.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Declaration of Joseph Wardenski, the exhibits attached to that declaration, the pleadings and

papers on file in this action, and any argument and evidence that is presented on the hearing of this motion.

DATED:  June 25, 2020

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ Joseph Wardenski
Joseph Wardenski, *Senior Trial Counsel*
Matthew Colangelo
  *Chief Counsel for Federal Initiatives*
Morenike Fajana, *Special Counsel*
Lindsay McKenzie, *Assistant Attorney General*
Amanda Meyer, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8441
Fax: (212) 416-6007
Joseph.Wardenski@ag.ny.gov

*Attorneys for the State of New York*

JAMES E. JOHNSON
*Corporation Counsel of the City of New York*

By: /s/ Sabita Krishnan
Sabita Krishnan
Joseph Pepe
Tonya Jenerette
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 356-2273
skrishna@law.nyc.gov

*Attorneys for the Board of Education of the City School District of the City of New York*