**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**STATE OF NEW YORK, ET AL.,**

                **Plaintiffs,**　　　　　20-cv-4260 (JGK)

    - against -　　　　　　　　　　　　ORDER

**UNITED STATES DEPARTMENT OF**
**EDUCATION, ET AL.**

                **Defendants.**
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed at the conference held on June 30, 2020:

    The motion to file an amicus brief in support of the plaintiffs' motion for preliminary injunction is granted. The Clerk is directed to close Docket No. 22.

    The plaintiffs shall respond to the motion to intervene by July 2, 2020. The proposed intervenor may reply by July 3, 2020.

    The defendants shall respond to the motion for preliminary injunction by July 13, 2020. The plaintiffs may reply by July 17, 2020. If the motion to intervene is granted, the intervenor shall also respond to the motion for preliminary injunction by July 13, 2020.

**SO ORDERED.**

**Dated:　New York, New York**
       **June 30, 2020**　　　　　　　　　　　/s/ John G. Koeltl
                                                   **John G. Koeltl**
                                      **United States District Judge**