AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | |
|---|---|
| State of NY and Bd. of Educ. for City of New York ) <br> *Plaintiff* ) <br> v. ) <br> United States Department of Education, et al ) <br> *Defendant* ) | Case No. 20-CV-04260-JGK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Curiae: Stop Abusive and Violent Environments (SAVE)

Date:   07/17/2020

*Attorney's signature*

SUSAN KAPLAN, NY Bar No. 2778413
*Printed name and bar number*
KAPLAN LAW OFFICE
30 Wall Street, 8th Floor
New York, New York  60606

*Address*

skaplan@lawkaplan.com
*E-mail address*

(347) 683-2505
*Telephone number*

(212) 898-1231
*FAX number*