IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK and THE BOARD OF EDUCATION FOR THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and ELISABETH DEVOS, in her official capacity as the Secretary of Education,<br><br>*Defendants*. | Civil Action No. 1:20-cv-4260-JGK |

## NOTICE OF APPEAL

Notice is hereby given that the Foundation for Individual Rights in Education (FIRE), Proposed Intervenor in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the denial of its motion to intervene, Doc. 47 (July 10, 2020).

Dated: July 27, 2020

Respectfully submitted,

*/s/  Charles J. Cooper*

Charles J. Cooper (admitted pro hac vice)
Brian W. Barnes (admitted pro hac vice)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com

*Counsel for Foundation for
Individual Rights in Education*