August 5, 2020

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

>  RE:   Notice of Subsequent Authority in *State of New York, et al. v. U.S. Department of Education, et al.*, No. 1:20-cv-4260-JGK (S.D.N.Y.)

Dear Judge Koeltl:

As supplemental authority in further support of their pending Motion for Preliminary Injunction in the above-referenced case, Plaintiffs the State of New York and the Board of Education for the City School District of the City of New York ("Plaintiffs") respectfully notify the Court of a Second Circuit decision, issued yesterday, in *New York v. U.S. Department of Homeland Security*, --- F.3d ----, 2020 WL 4457951 (2d Cir. Aug. 4, 2020).

In this Administrative Procedure Act challenge to the Department of Homeland Security's "public charge" rule, the Second Circuit affirmed, with modification, two district court decisions preliminarily enjoining DHS's implementation of that rule and staying its effective date under 5 U.S.C. § 705.  *Id.* at *7-8, *32.[1]  The Second Circuit recognized that injuries asserted by the State of New York and the other state plaintiffs, which included "be[ing] required to undertake costly revisions to their eligibility systems to ensure that non-citizens are not automatically made eligible for or enrolled in benefits they may no longer wish to receive after the [Public Charge] Rule's implementation," were irreparable harm.  *Id.* at *30.  Likewise, the Second Circuit held that injuries claimed by the organizational plaintiffs, including diverting resources to conduct workshops to train community members about the Rule, hiring "two part-time staff members," reassigning staff to new responsibilities, and conducting other outreach to counteract the Rule's effects, were irreparable harm.  *Id.* at *30; *10-11.  Because these injuries were "actual and imminent," and because "money damages are prohibited in APA actions, they are irreparable."  *Id.* at *30.

The *New York* decision further supports Plaintiffs' position that they have already suffered, and will continue to suffer, irreparable harm in implementing and complying with the U.S. Department of Education's Final Rule, Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 85 Fed. Reg. 30,026 (May 19, 2020) ("Final Rule"), in amending policies, procedures, and publications; conducting trainings;

---

[1] The decisions below were *New York v. U.S. Department of Homeland Security*, 408 F. Supp.3d 334 (S.D.N.Y. 2019), and *Make the Road New York v. Cuccinelli*, 419 F. Supp. 3d 647 (S.D.N.Y. 2019).

and hiring new staff.  Pls.' Mem. of Law in Support of Mot. for Prelim. Inj. ("Pls' Mem.") at 11-13 [ECF No. 19]; Pls.' Reply Br. at 1-3 [ECF No. 65]. These are the precise types of administrative harms and compliance costs the Second Circuit found to be irreparable harm. *New York*, 2020 WL 4457951, at *30.  Like the other irreparable harms Plaintiffs have asserted, Pls.' Mem. at 13-16, Reply Br. at 3, Plaintiffs have suffered and will continue to suffer these injuries after the August 14, 2020 effective date if the Rule takes effect then.

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ Joseph Wardenski
Joseph Wardenski, *Senior Trial Counsel*
Matthew Colangelo
  *Chief Counsel for Federal Initiatives*
Morenike Fajana, *Special Counsel*
Lindsay McKenzie, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8441
Fax: (212) 416-6007
Joseph.Wardenski@ag.ny.gov

*Attorneys for the State of New York*

JAMES E. JOHNSON
*Corporation Counsel of the City of New York*

By: /s/ Sabita Krishnan
Sabita Krishnan
Joseph Pepe
Tonya Jenerette
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 356-2273
skrishna@law.nyc.gov

*Attorneys for the Board of Education of the City School District of the City of New York*