

**U.S. Department of Justice**

Civil Division

*Federal Programs Branch*  Washington, D.C. 20530

September 3, 2020

*This should be filed on ECF. So ordered.*
*John G. Koeltl /s/*
*U.S.D.J.*
*9/11/20.*

VIA FEDERAL EXPRESS
The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007-1312

    Re:   *New York v. U.S. Department of Education*, No. 1:20-cv-4260-JGK (S.D.N.Y.)

Dear Judge Koeltl,

As referenced in the accompanying letter, enclosed is a true and correct copy of the certified administrative record in the above-listed case, together with an index thereto. Please follow these directions to access the files on the enclosed set of CD-ROMs:

(1) The Administrative Record production disks contain one encrypted zip file per disc named "Final AR Prod 01 VOL01.zip" for VOL01 to VOL07.

(2) Save the encrypted zip file to a hard drive or network drive before attempting decryption.

(3) Double click on the encrypted file saved to hard drive or network and enter the password (Fin@LAR!2020) and location to save the output. The zip file containing the PDF and Native production should then be decrypted.

(4) Use WinZip or 7Zip to unzip the file. Using Windows Explorer or a generic unzipping application will likely cause errors.

                                        Sincerely yours,

                                        /s/ Benjamin T. Takemoto
                                        Benjamin T. Takemoto
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        Ben Franklin Station, P.O. Box 883
                                        Washington, DC 20044

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-20