September 18, 2020

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   **Joint Request to Modify Summary Judgment Briefing Schedule and Expand
Word Limits in** *State of New York, et al. v. U.S. Department of Education, et
al.*, **No. 1:20-cv-4260-JGK (S.D.N.Y.)**

Dear Judge Koeltl:

Plaintiffs the State of New York and the Board of Education of the City School District
of the City of New York ("Plaintiffs") and Defendants United States Department of Education
and Elisabeth DeVos, in her official capacity as the Secretary of Education ("Defendants")
(collectively, the "Parties"), jointly and respectfully request that this Court: (1) modify the
summary judgment briefing schedule set by the Court on August 24, 2020 [ECF No. 85], as set
forth below; and (2) expand the word limit for Plaintiffs' memorandum of law in support of their
motion for summary judgment and Defendants' memorandum of law in support of their cross-
motion for summary judgment to 14,000 words each.

*First*, the Parties request a modification of the briefing schedule by extending the Parties'
respective deadlines by seven days each.  The Parties agree this modification is warranted
because unanticipated technical issues delayed Defendants' complete production of the
administrative record to Plaintiffs until September 15, 2020.  Given the substantial volume of the
record, which totals nearly 300,000 pages, the Parties agree a one-week extension of Plaintiffs'
deadline to move for summary judgment and of the remaining briefing deadlines is necessary.
Accordingly, the Parties request that the briefing deadlines be modified as follows:

- Plaintiffs' motion for summary judgment:  October 15, 2020
- Defendants' cross-motion for summary judgment:  November 12, 2020
- Plaintiffs' opposition to Defendants' cross-motion for summary judgment:  December
  10, 2020
- Defendants' reply brief:  January 7, 2021

*Second*, the Parties respectfully request that the Court expand the word limit for the
Parties' opening briefs to 14,000 words each and Defendants' reply to 5,600 words.  The Parties,
having conferred, agree that this word limit will allow them to adequately brief the issues in the
case.  At this time, the Parties do not anticipate the need for word limit expansions for Plaintiffs'
opposition brief.

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Joseph Wardenski*
Joseph Wardenski, *Senior Trial Counsel*
Matthew Colangelo
  *Chief Counsel for Federal Initiatives*
Morenike Fajana, *Special Counsel*
Lindsay McKenzie, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8441
Fax: (212) 416-6007
Joseph.Wardenski@ag.ny.gov

*Attorneys for the State of New York*


JAMES E. JOHNSON
*Corporation Counsel of the City of New York*

By: */s/ Sabita Krishnan*
Sabita Krishnan
Joseph Pepe
Tonya Jenerette
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 356-2273
skrishna@law.nyc.gov

*Attorneys for the Board of Education of the City
School District of the City of New York*

ETHAN P. DAVIS
Acting Assistant Attorney General

JENNIFER B. DICKEY
Deputy Associate Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director

/s/ *Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(DC Bar # 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

2