UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK and THE BOARD OF EDUCATION FOR THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and ELISABETH DEVOS, *in her official capacity as the Secretary of Education*,<br><br>Defendants. | No. 1:20-cv-04260-JGK |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs the State of New York and the Board of Education for the City School District of the City of New York ("Plaintiffs") and Defendants United States Department of Education and Elisabeth DeVos, in her official capacity as the Secretary of Education ("Defendants") (collectively, the "Parties"), stipulate to the dismissal of the above-captioned action without prejudice. The Parties further stipulate that, in the event that either Plaintiff seeks to resume litigation challenging the U.S. Department of Education's Final Rule, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 85 Fed. Reg. 30,026 (May 19, 2020) (the "Final Rule") in the future, that Plaintiff agrees to seek to reopen this action or, should such option be unavailable, to file such challenge in the Southern District of New York and follow the related case requirement under Local Civil Rule 1.6. The Parties agree that nothing in this stipulation will prevent Plaintiffs or their respective educational institutions from asserting

the invalidity of the Final Rule, or any provision thereof, in a case in which either of the Plaintiffs or any of their educational institutions are named as defendants.

DATED: November 3, 2020

Respectfully submitted,

| | |
|---|---|
| LETITIA JAMES<br>*Attorney General of the State of New York* | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| By: /s/ Joseph Wardenski<br>Joseph Wardenski, *Senior Trial Counsel*<br>Matthew Colangelo<br>  *Chief Counsel for Federal Initiatives*<br>Morenike Fajana, *Special Counsel*<br>Lindsay McKenzie, *Assistant Attorney General*<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Phone: (212) 416-8441<br>Fax: (212) 416-6007<br>Joseph.Wardenski@ag.ny.gov | JOHN V. COGHLAN<br>Deputy Assistant Attorney General<br><br>CARLOTTA WELLS<br>Assistant Branch Director<br><br>By: /s/ Benjamin T. Takemoto<br>BENJAMIN T. TAKEMOTO<br>(DC Bar # 1045253)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Ben Franklin Station, P.O. Box No. 883<br>Washington, DC 20044<br>Phone: (202) 532-4252<br>Fax: (202) 616-8460<br>E-mail: benjamin.takemoto@usdoj.gov |
| *Attorneys for Plaintiff the State of New York* | *Attorneys for Defendants* |
| JAMES E. JOHNSON<br>*Corporation Counsel of the City of New York*<br><br>By: /s/ Sabita Krishnan<br>Sabita Krishnan<br>Joseph Pepe<br>Tonya Jenerette<br>Assistant Corporation Counsel<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2273<br>skrishna@law.nyc.gov<br><br>*Attorneys for Plaintiff the Board of Education of the City School District of the City of New York* | |